# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141942 & (37)

ERICK V. BROWN,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Respondent-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141942
COA: 297413
Ingham CC: 09-000877-AA

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

0228